560 P.2d 161

**In the Matter of William Conrad DURDEN, Attorney at Law.**

**No. 11057.**

Supreme Court of New Mexico.

Aug. 18, 1976.

DISCIPLINARY PROCEEDING

OMAN, Chief Justice.

This matter coming on for consideration by the Court upon Recommendations of the Disciplinary Board and Submission of Record, and the Court having considered said Recommendations and having heard oral argument and now being sufficiently advised in the premises;

NOW, THEREFORE, IT IS ORDERED by the Court that the Decision of the Disciplinary Board be and the same is hereby adopted and approved; except, however, the suspension of William Conrad Durden will not be deferred, and the said William Conrad Durden be and he hereby is suspended for a period of thirty (30) days from the date hereof, and until the further order of this Court.

IT IS FURTHER ORDERED that the said William Conrad Durden be and he hereby is publicly reprimanded for violation of Code of Professional Responsibility DR 9–102(A) and (B), and Rule 11 of the Supreme Court Rules Governing Discipline.

IT IS FURTHER ORDERED that the office books and records of the said William Conrad Durden will be reviewed at unspecified intervals by a committee selected by the Disciplinary Board for this purpose, and the said William Conrad Durden is hereby directed to cooperate fully with said committee and to submit to it such books and records upon request, and after a period of one year, to submit a certified copy of an audit of his books and records, to be conducted at his own expense, to the reviewing committee.

IT IS FURTHER ORDERED that all costs in this matter shall be assessed against the said William Conrad Durden.

560 P.2d 161

**In the Matter of William Conrad DURDEN, Attorney at Law.**

**No. 11057.**

Supreme Court of New Mexico.

Oct. 21, 1976.

This matter coming on for consideration by the Court upon Application for Automatic Reinstatement and Consent of Disciplinary Board to Automatic Reinstatement, and the Court having considered said pleadings and being sufficiently advised in the premises;

NOW, THEREFORE, IT IS ORDERED that Application for Automatic Reinstatement be and the same is hereby granted, and the said William Conrad Durden be and he hereby is reinstated to active membership in the New Mexico Bar.

IT IS FURTHER ORDERED that costs be and the same are hereby assessed against the said William Conrad Durden in the sum of $1,330.25, to be paid to the said Disciplinary Board.